## W. GOLDMAN & CO. v. THE STATE.

*No. 811.   Decided February 12th, 1896.*

### 1.   County Court—Judgment of an Appeal Final When?

Where, on appeal from a Justice's Court to the County Court, the fine imposed by the judgment of the latter court does not exceed $100, exclusive of costs, the judgment is a final one and no appeal therefrom lies to the Court of Criminal Appeals.

### 2.   Recognizance on Appeal of Joint Defendants—Practice.

Where two or more defendants, jointly convicted of a misdemeanor, seek to prosecute an appeal to this court, a separate recognizance must be entered into by each appellant—they cannot appeal by joint recognizance.

APPEAL from the County Court of Navarro.   Tried below before Hon. M. L. SHELTON, County Judge.

W. Goldman, Sam Lockwood and Lazarus Lockwood, composing the firm of W. Goldman & Co., were indicted for unlawfully selling intoxicating liquors to Frank Howels, Hardy Bowles and Walter Kerr, who were minors under the age of twenty-one years.   The indictment was transferred to and tried first in a Justice's Court, and defendants therein convicted, with penalty assessed at a fine of $25 each.   They appealed to the County Court, and in this latter court the trial again resulted in their conviction, with the punishment assessed at a fine of $50 each; and from that judgment they attempted to prosecute this appeal to the Court of Criminal Appeals.   The recognizance which they entered into to perfect this appeal, was a joint recognizance.

No further statement necessary.

*Croft & Croft*, for appellants.

*Mann Trice*, Assistant Attorney-General, for the State.

DAVIDSON, JUDGE.—Appellants were convicted in the Justice's Court of selling intoxicating liquor to a minor, without necessary consent for that purpose, and fined in the sum of $25 each.   They prosecuted an appeal thence to the County Court, and, upon trial in that court, were fined in the sum of $50 each.   This appeal is sought to be prosecuted from this latter conviction.   This cannot be done.   Where, on appeal from the Justice Court to the County Court, the fine imposed in the latter court does not exceed $100, exclusive of costs, the judgment in the County Court is final.   An appeal is such case does not lie to this court.   There is another reason why this court cannot entertain jurisdiction of this appeal.   The recognizance is jointly entered into by the defendants.   Where two or more defendants jointly convicted seek to appeal to this court, a separate recognizance must be entered into by each appellant.   They cannot appeal by giving a joint recognizance.   For the reasons indicated this appeal is dismissed.

*Appeal Dismissed.*